No. 91–1440. SCHNABEL FOUNDATION CO. *v.* HARBOR INSURANCE CO. C. A. D. C. Cir. Motion of District of Columbia Chapter of the Federal Bar Association for leave to file a brief as *amicus curiae* granted. Motion of petitioner to seek the view of the United States denied. Certiorari denied.

No. 91–1446. BROOKS, MEMBER OF CONGRESS *v.* WILLIAMS ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 91–1481. BACH ET AL. *v.* TRIDENT STEAMSHIP CO., INC., ET AL. C. A. 5th Cir. Motion of American Trial Lawyers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 91–1482. WOODS *v.* AT&T INFORMATION SERVICES, INC., ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–1542. FANTASY, INC., DBA JONDORA/PARKER MUSIC *v.* MARASCALCO, DBA ROBIN HOOD MUSIC. C. A. 9th Cir. Motion of Twentieth Century Fox Film Corp. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 91–1555. NATIONAL ADVERTISING CO. *v.* CITY OF RALEIGH, NORTH CAROLINA. C. A. 4th Cir. Motion of respondent to withdraw its consent to the filing of *amicus curiae* brief by Defenders of Property Rights denied. Certiorari denied.

No. 91–1556. COMMERCIAL BUILDERS OF NORTHERN CALIFORNIA *v.* CITY OF SACRAMENTO ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 91–6801. ALONZO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.